[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

No. 01-1139

ROCCO A. TELESE,

Plaintiff, Appellant,

v.

JOSEPH INTERNICOLA, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Edward F. Harrington, U.S. District Judge]

Before

Boudin, Chief Judge,
Torruella and Selya, Circuit Judges.

Rocco A. Telese on brief pro se.
James W. Simpson, Jr. and Merrick, Louison & Costello on
brief for appellees.

October 2, 2001

**Per Curiam**.  Having carefully reviewed <u>de novo</u> the summary judgment dismissal of plaintiff's complaint in light of the briefs and the record on appeal, we <u>affirm</u> substantially for the reasons stated in the district court's memorandum decision.  Loc. R. 27(c).

**Affirmed**.